18

STATE OF MONTANA, Plaintiff, vs. LOUIS TONY CHRISTENSEN, Defendant.

No. 2350A

## DECISION

The application of the above-named defendant for a review of the sentence of 20, 20/10 concurrently for Robbery, 2 counts, and Burglary First Degree, imposed on January 30, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Robert James Sewell, Attorney at Law, for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. THOMAS E. BERNHARDT, Defendant.

No. 1955

## DECISION

The application of the above-named defendant for a review of the sentence of 6 years, 6 years, 15 years concurrently for Assault Second (2 counts) Burglary First, imposed on May 18, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Charles Petaja, Attorney at Law, for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom.